.Harris *v.* Epstein *et al.*

HOLDEN, J. Under the pleadings and evidence in this case, it was not error to appoint a receiver.

*Judgment affirmed. All the Justices concur.*

Argued October 14,—Decided December 21, 1907.

Receiver. Before Judge Mitchell. Colquitt superior court. June 1, 1907.

*Minter Wimberly* and *Jesse Harris,* for plaintiff in error.

*Edwin L. Bryan* and *J. D. McKenzie,* contra.